**Order entered February 28, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-19-00548-CV

**IN THE INTEREST OF S.V., A MINOR CHILD**

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-11968-V**

**ORDER**

This case has been submitted on appeal. Attached to appellant Venky Venkatraman's brief is a copy of a June 3, 2019 receipt from the Dallas County District Clerk's Office reflecting that appellant made a cash deposit in lieu of supersedeas bond in the amount of $7,015.00. However, the clerk's record in this appeal does not contain any documents reflecting that a cash deposit in lieu of supersedeas bond was filed.

We **ORDER** the Dallas County District Clerk, within **SEVEN DAYS** of the date of this order, to file: (1) a supplemental clerk's record containing

documentation reflecting that appellant Venky Venkatraman filed a cash deposit in lieu of supersedeas bond, if any; or (2) written verification that no such cash deposit in lieu of supersedeas bond exists or it cannot be located.

We **DIRECT** the Clerk of this Court to transmit a copy of this order to the Dallas County District Clerk and to counsel for the parties.


/s/    LANA MYERS
        PRESIDING JUSTICE